UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------X
In re                                            :
                                                 :   Chapter 11
AMES DEPARTMENT STORES, INC., et al.,            :   Case No. 01-42217 (REG)
                                                 :
                       Debtors.                  :   Jointly Administered
--------------------------------------------------------------x
AMES MERCHANDISING CORPORATION,                  :
                                                 :
                       Plaintiff,                :
                                                 :   Adv. Pro. No. 03-08492 (REG)
               v.                                :
                                                 :
HONEYWELL, INC. d/b/a HONEYWELL CON-             :
SUMER PRODUCTS HK LTD.,                           :
                                                 :
                       Defendant.                :
--------------------------------------------------------------X
```

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Ames Merchandising Corporation commenced this adversary proceeding against Honeywell, Inc. d/b/a Honeywell Consumer Products HK Ltd. ("Defendant") seeking the avoidance of certain transfers as preferential;

WHEREAS, Defendant appeared in that adversary proceeding by filing an answer;

WHEREAS, the parties consummated a settlement agreement resolving the adversary proceeding pursuant to the Court's Order Establishing Procedures dated May 16, 2003, the creditor's committee being duly notified and having no objection to the settlement agreement;

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1.     Pursuant to Rule 7041 of the Federal Rules of Bankruptcy

Procedure and Rule 41(a)(1)(ii), this adversary proceeding is dismissed, with prejudice,

and without costs to either party.

Dated: New York, New York
     July 12, 2010

                       STORCH AMINI & MUNVES PC
                       Attorneys for Plaintiff
                       /s/ Avery Samet
                       Bijan Amini, Esq.
                              Avery Samet, Esq.
                       2 Grand Central Tower
                       New York, New York 10017
                       Tel: (212) 490-4100

Dated: New York, New York
     July 12, 2010

                       PATTERSON, BELKNAP, WEBB &
                       TYLER LLP
                       Attorneys for Defendant
                       /s/ Brian Guiney
                       David W. Dykhouse, Esq.
                              Brian Guiney, Esq.
                       1133 Avenue of the Americas
                       New York, New York 10036
                       Tel: (212) 336-2000

SO ORDERED on this **_14th_** of
July 2010 in New York, New York

**_s/ Robert E. Gerber_**
ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE